# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FOWLER, an individual, ARTHUR STUCK, an individual, JAVIER CARBAJAL, an individual, ELISEO BEDOY, an individual, and JAMES MULLER, an individual, on behalf of themselves and all others similarly situated, and the general public, <br><br> Plaintiffs, <br><br> v. <br><br> PENSKE LOGISTICS LLC, a limited liability company, and DOES 1-100, <br><br> Defendants. | Case No.: 3:17-cv-05397-JD <br><br> [~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION OF DISMISSAL** <br><br><br><br><br><br> Complaint filed: September 16, 2016 <br><br> Complaint removed: September 18, 2017 |

This case is before the Court on the Joint Stipulation of Dismissal. The Court has reviewed and stipulation and finds that the stipulation should be approved. For good cause shown, the Court now DISMISSES this action, with prejudice, all costs prepaid.

IT IS SO ORDERED.

DATED: ____January 3, 2020_____

_____
U.S. Judge James Donato